[Nos. 33431-7-III; 33055-9-III.  Division Three.  May 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL BARAJAS-VERDUZCO, *Appellant*.

*In the Matter of the Personal Restraint of* MIGUEL BARAJAS-VERDUZCO, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00957-4, Kenneth L. Jorgensen, J., entered December 30, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., concurring in the result by separate opinion.

[No. 34516-5-III.  Division Three.  May 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN DARIO ROJAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 16-1-00072-9, Scott R. Sparks, J., entered June 20, 2016. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34564-5-III.  Division Three.  May 9, 2017.]

*In the Matter of the Marriage of* ROGER L. ALDRICH, *Appellant*, and MARY BETH ALDRICH, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-00706-3, Rachelle E. Anderson, J. Pro Tem., entered June 21, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.